IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 22-105 |
| : | |
| DAVID PEREZ : | |
|    a/k/a "Wyte Perez" : | |
|    a/k/a "Xavier Dryson" : | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on March 16, 2023, this Court entered a Judgment and Preliminary Order of Forfeiture against David Perez, forfeiting the property described below.

AND WHEREAS, pursuant to 21 U.S.C. § 853(n), notice of the Judgment and Preliminary Order of Forfeiture was published on an official government internet site for at least 30 consecutive days, commencing on April 11, 2023, and ending on May 10, 2023.

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the Judgment and Preliminary Order of Forfeiture.

AND WHEREAS, this Court finds, based upon the facts set forth at the defendant's plea hearing, which formed the factual basis for the plea, that the defendant had an interest in the property named in the Judgment and Preliminary Order of Forfeiture that is subject to forfeiture pursuant to 18 U.S.C. § 844(c).

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    All right, title, and interest of all persons, their heirs and assigns, in the property listed in the Judgment and Preliminary Order of Forfeiture entered by this Court on March 16, 2023, and described below, is hereby fully and finally forfeited to the United States of America

pursuant to 18 U.S.C. § 844(c):

      a)      **103 Grams fine gray powder recovered from devices;**

      b)      **48 intact explosive devices;**

      c)      **Nine samples of powder measuring approximately 1 gram each;**

      d)      **49 intact explosive devices;**

      e)      **Approximately 250 grams of remaining bulk powder from exploited devices;**

      f)      **38 intact explosive devices;**

      g)      **2 intact explosive devices; and**

      h)      **Approximately 1516 grams of bulk powder from exploited devices.**

2.    All right, title and interest of all persons, their heirs and assigns in the property described above, is hereby vested in the United States of America.

3.    The government, or its designee, shall dispose of the subject assets listed in paragraph 1 of this Order in accordance with the law and the rules of this Court.

ORDERED this day __5th__ of __October__, 2023.

BY THE COURT:

/s/ Michael M. Baylson
HONORABLE MICHAEL M. BAYLSON
*Senior Judge, United States District Court*